UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. CR-05-6011-LRS |
| | ) | NO. CR-96-2001-LRS |
| v. | ) | |
| | ) | |
| ANTHONY PYPER, | ) | ORDER REJECTING PLEA AGREEMENT |
| | ) | |
| Defendant. | ) | |

On June 2, 2005, under Fed.R.Crim.P. 11, the Government and the Defendant entered into a stipulated plea agreement whereby they agreed that a specific sentence was the appropriate disposition of the above-referenced cases. Fed.R.Crim.P. 11(c)(1)(C). The Court may accept or reject this type of plea agreement. On February 2, 2006, the time set for sentencing, the Court rejected the plea agreement. Thereafter, the Court advised the Defendant on the record of his rights.

To permit the Defendant adequate opportunity to discuss his available options with counsel and decide how he wishes to proceed, this matter is set over to **Thursday, February 9, 2006 at 8:30 a.m.** in Yakima, Washington. The Court also notes that Defendant's Motion to Dismiss Petition for Revocation of Supervised Release (Ct. Rec. 106) filed May 2, 2005 in CR-96-2011-LRS, remains pending.

ORDER - 1

1  **IT IS ORDERED**. The District Court Executive is directed to
2  enter this order and provide copies to counsel, the U.S. Marshals,
3  as well as the U.S. Probation Office.
4      DATED this ___3rd___ day of February, 2006.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 2